### Eno v. Brown.

In an action of assault and battery the plaintiff may give in evidence, what the defendant had confessed in a criminal prosecution against him, for the same assault, etc.

ACTION for an assault and battery. Plea — Not guilty. Issue to the jury.

The plaintiff was allowed to give in evidence what the defendant had confessed in a trial upon a criminal prosecution against him, at the suit of the public, for the same transaction.